UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> vs.<br><br>JOSHUA MATTHEW DUNCAN,<br><br>        Defendant. | Case No. 1:12-mj-00210 SKO<br><br>**ORDER OF DETENTION FOLLOWING REVOCATION OF PREVIOUSLY SET CONDITIONS OF RELEASE** |

A. <u>Order for Revocation and Detention</u>

After conducting a preliminary hearing and detention hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(1) and 46(c) and 18 U.S.C. § 3143(a) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3143 pending transfer to the Southern District of California, San Diego.

B. <u>Statement of Reasons for the Revocation and Detention</u>

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   \_\_\_\_\_ (1) There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

                            **or**

   __X__ (2) There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

                            **and**

   \_\_\_\_\_ (3) That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   __X__ (4) That this defendant is unlikely to abide by any condition or combination of conditions of release.

   \_\_\_\_\_ (5) That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

   __X__ (6) Other: The defendant is to be transported to the Southern District of California, San Diego as soon as practicable.

IT IS SO ORDERED.

Dated: **August 30, 2012**                /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE